## Norman L. MOSS, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3212.

United States Court of Appeals, Federal Circuit.

July 29, 2003.

### ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted,

2003.

and the required Statement Concerning Discrimination having been filed, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.